FILED BY _____ D.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

05 JUL 18 PM 3: 31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JOEL FRANCIS, III;
JANE FRANCE; AND
JOEL FRANCIS, JR.,

      Plaintiffs,

VS.                                          No. 05-2429-Ma V

LAKEWOOD ENGINEERING &
MANUFACTURING COMPANY,
WALMART STORES, INC. and
SAM'S WEST, INC., SAM'S EAST, INC.
d/b/a SAM'S CLUB,

      Defendants.

## ORDER EXTENDING TIME WITHIN WHICH DEFENDANTS MUST RESPOND TO PLAINTIFFS' COMPLAINT

It appearing to this Court that Defendants should be afforded an additional twenty (20) days, up to and including August 1, 2005, within which to plead or otherwise respond to Plaintiffs' Complaint;

It is, therefore, ORDERED, that the time within which Defendants must plead or otherwise respond to Plaintiffs' Complaint be, and the same hereby is, extended for twenty (20) days, up to and including August 1, 2005.

It is so ORDERED this 18th day of July, 2005.

_____
~~DISTRICT COURT JUDGE~~
U.S. Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _7-19-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02429 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Ronald L. Harper
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Patrick A. Flynn
Fleming, Flynn & Murphy PC
P.O. Box 90
Columbia, TN 38402--009

Jeffrey W. Steidley
The Steidley O'Neill Law Firm
2110 Bissonnet
Houston, TX 77005

Honorable Samuel Mays
US DISTRICT COURT